UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE J. STEVENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:03CV1188   RWS |
| | ) |
| FRED GEORGE and | ) |
| BEST BUY CORP., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED that** Defendants' motion for sanctions and dismissal [#128] is **DENIED**. This motion was based on Plaintiff's refusal to complete his deposition. Since the motion was filed Defendants completed Plaintiff's deposition on July 18, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2005.