UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE J. STEVENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:03CV01188 |
| | ) |
| BEST BUY CORP., ET AL., | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants are granted summary judgment in this matter.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of December, 2005.